DAVID HUBBERT
Deputy Assistant Attorney General

TY HALASZ (Colorado Bar)
MATTHEW P. UHALDE (New York Bar)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Tel.* (202) 307-6484 (Halasz)
*Tel.* (202) 353-0013 (Uhalde)
Fax. (202) 307-0054
Ty.Halasz@usdoj.gov
Matthew.P.Uhalde@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  <br>  Plaintiff,  <br>  v.  <br> Agate Group Inc., and  <br> Cherryl Macalino,  <br>  Defendants. | Case No. 2:21-cv-01535-MCE-AC  <br> **Stipulation and Order Extending Time to Answer Complaint** |

Pursuant to Local Rules 143 and 144(a), the parties stipulate that the time for Defendants Cherryl Macalino and Agate Group Inc. to answer or otherwise respond to the complaint shall be extended from November 8, 2021, to February 3, 2022.

Defendants were served on October 18, 2021, but they initially struggled to retain counsel. Defendants ultimately retained their undersigned counsel on January 25, 2022. Counsel for all parties are working in good faith to try to resolve this matter without protracted litigation. The requested extension is in the interests of justice and will further that end.

///

1

Dated: January 27, 2022

        DAVID HUBBERT
        Deputy Assistant Attorney General

        */s/ Matthew P. Uhalde*
        TY HALASZ
        MATTHEW P. UHALDE
        Trial Attorneys, Tax Division
        U.S. Department of Justice

        *Attorneys for the United States*


        */s/R. Todd Luoma*
        R. Todd Luoma

        *Attorney for Defendants Agate Group Inc.*
        *and Cheryl Macalino*

IT IS SO ORDERED.

**Dated:  February 3, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE