IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 2:21-cv-01535-AC |
| Plaintiff, | ) |
| | ) ~~Proposed~~ Order |
| v. | ) |
| | ) |
| Agate Group Inc., and | ) |
| Cherryl Macalino, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court GRANTS the United States' unopposed motion to enter the attached consent judgments, which have been signed by all parties. The Clerk of Court shall enter the consent judgments and close this case.

Dated: December 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE